IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAUL LIETZ,<br><br>      PLAINTIFF,<br><br>v.<br><br>VERIZON WIRELESS, INC., DIVERSIFIED CONSULTANTS INC., dba DIVERSIFIED CONSULTANTS OF FLORIDA, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION INC., EQUIFAX INFORMATION SERVICES, INC.,<br><br>      DEFENDANTS. | Civil Action No.:1:12-cv-00629-BLW |

SUMMONS IN A CIVIL ACTION

      **TO:**   DIVERSIFIED CONSULTANTS INC., dba DIVERSIFIED CONSULTANTS OF FLORIDA, INC., Charles Fawcett (Attorney for Defendants), 515 South Sixth Street, Boise, Idaho 83701

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Lietz
21012 Peckham Road
Greenleaf, Idaho 83626

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/7/2013

*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAUL LIETZ,<br><br>      PLAINTIFF,<br><br>v.<br><br>VERIZON WIRELESS, INC., DIVERSIFIED CONSULTANTS INC., dba DIVERSIFIED CONSULTANTS OF FLORIDA, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION INC., EQUIFAX INFORMATION SERVICES, INC.,<br><br>      DEFENDANTS. | Civil Action No.:1:12-cv-00629-BLW |

SUMMONS IN A CIVIL ACTION

    **TO:** VERIZON WIRELESS, INC., CT Corporation System, 921 South Orchard Street, Suite G., Boise, Idaho 83705

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Lietz
21012 Peckham Road
Greenleaf, Idaho 83626

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/7/2013      _Carrie McMahan_
                                                *Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAUL LIETZ, )<br>)<br>PLAINTIFF, )<br>)<br>v. )<br>)<br>VERIZON WIRELESS, INC., DIVERSIFIED )<br>CONSULTANTS INC., dba DIVERSIFIED )<br>CONSULTANTS OF FLORIDA, INC., EXPERIAN )<br>INFORMATION SOLUTIONS, INC., TRANSUNION )<br>INC., EQUIFAX INFORMATION SERVICES, INC., )<br>)<br>DEFENDANTS. )<br>)<br>) | Civil Action No.:1:12-cv-00629-BLW |

SUMMONS IN A CIVIL ACTION

TO:   EXPERIAN INFORMATION SOLUTIONS, INC., CT Corporation System, 921 South Orchard Street, Suite G., Boise, Idaho 83705

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Lietz
21012 Peckham Road
Greenleaf, Idaho 83626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/7/2013

*Carrie McMahan*
Signature of Clerk or Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAUL LIETZ,<br><br>    PLAINTIFF,<br><br>v.<br><br>VERIZON WIRELESS, INC., DIVERSIFIED CONSULTANTS INC., dba DIVERSIFIED CONSULTANTS OF FLORIDA, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION INC., EQUIFAX INFORMATION SERVICES, INC.,<br><br>    DEFENDANTS. | Civil Action No.:1:12-cv-00629-BLW |

## SUMMONS IN A CIVIL ACTION

**TO:** TRANS UNION INC., Prentice-Hall Corporation System, 12550 West Explorer Drive, Suite 100, Boise, Idaho 83713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Lietz
21012 Peckham Road
Greenleaf, Idaho 83626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 5/7/2013

_Carrie McMahan_
*Signature of Clerk or Deputy Clerk*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAUL LIETZ,<br><br>PLAINTIFF,<br><br>v.<br><br>VERIZON WIRELESS, INC., DIVERSIFIED CONSULTANTS INC., dba DIVERSIFIED CONSULTANTS OF FLORIDA, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION INC., EQUIFAX INFORMATION SERVICES, INC.,<br><br>DEFENDANTS. | Civil Action No.:1:12-cv-00629-BLW |

SUMMONS IN A CIVIL ACTION

TO:  EQUIFAX INFORMATION SERVICES, INC., Corporation Service Company, 12550 West Explorer Drive, Suite 100, Boise, Idaho 83713

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Paul Lietz
21012 Peckham Road
Greenleaf, Idaho 83626

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Carrie McMahan*
Signature of Clerk or Deputy Clerk

Date: 5/7/2013