IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAUL LIETZ<br><br>    Plaintiff,<br><br>    v.<br><br>VERIZON WIRELESS, INC., DIVERSIFIED CONSULTANTS, INC., dba DIVERSIFIED CONSULTANTS OF FLORIDA, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION INC., EQUIFAX INFORMATION SERVICES, INC.,<br><br>    Defendants. | Case No.  1:12-CV-629-BLW<br><br>**ORDER** |

Finding good cause therefore, and pursuant to settlement agreements among some of the parties to this litigation,

NOW THEREFORE IT IS HEREBY ORDERED, that the motions to dismiss (docket nos. 22, 27, and 28) are GRANTED, and the following defendants are dismissed from this case: (1) Diversified Consultants Inc. dba Diversified Consultants of Florida, Inc., (2) Transunion Inc., and (3) Verizon Wireless, Inc.

DATED:  **July 15, 2013**

B. LYNN WINMILL
Chief Judge
United States District Court

Order - 1