PAUL LIETZ
21012 Peckham Road
Greenleaf, Idaho 83626
Cell No.: (360) 451-4644

U.S. COURTS
AUG 0 6 2013
Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAUL LIETZ,<br><br>PLAINTIFF,<br><br>V.<br><br>VERIZON WIRELESS, INC., DIVERSIFIED CONSULTANTS INC., dba DIVERSIFIED CONSULTANTS OF FLORIDA, INC., EXPERIAN INFORMATION SOLUTIONS, INC., TRANSUNION INC., EQUIFAX INFORMATION SERVICES, INC.,<br><br>DEFENDANTS. | Civil Action No.: 1:12-cv-00629-BLW |

### NOTICE OF SETTLEMENT

**COMES NOW,** Plaintiff and notifies this Court that Experian and Plaintiff has reached an agreement to settle this case. Therefore, there is no need to conduct the litigation plan as directed by this Court.

Dated: August 6, 2013.

_____
Paul Lietz

**Notice of Settlement**
**Page 1 of 2**

## CERTIFICATE OF SERVICE

Plaintiff certifies that on this ___6th___ day of August 2013 that a true and correct copy of the foregoing "Notice of Settlement" was served in the following manner:

___X___ (Personal Delivery)   United States District Court, 550 West Fort Street, Boise, Idaho 83726 (208) 334-1361

___A___ (E-Mail)   Stoel Rives, L.L.P., 101 S. Capitol Blvd., Suite 1900, Boise, Idaho 83702 jeprince@stoel.com; Jones Day, Attention: Angela M. Taylor, 3161 Michelson Drive, Suite 800, Irvine, California 92612 angelataylor@JonesDay.com; kaklimkowski@JonesDay.com; epete@JonesDay.com

_____
Signature